## RALEIGH v. STATE.

### No. 13281.

Court of Criminal Appeals of Texas.
April 23, 1930.

S. G. Sample, of Edna, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for selling intoxicating liquor, punishment being one and a half years in the penitentiary.

The record contains no bills of exception complaining of any proceeding during the

trial. The document brought forward which purports to be a statement of facts is not signed by the attorneys, nor approved by the trial judge. Without such approval the statement of facts cannot be considered. Article 760, C. C. P.; Castellon v. State, 107 Tex. Cr. R. 7, 294 S. W. 557; Epple v. State, 109 Tex. Cr. R. 135, 3 S.W.(2d) 438. For other authorities, see note 24, under article 760, Vernon's Ann. Cr. Statutes of Texas, C. C. P. vol. 3.

The judgment is affirmed.